

**Claims Register as of 10/4/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Eureka Recycling | c/o Maslon LLP | Attn: Amy Swedberg | 90 S 7th St | Suite 3300 | Minneapolis | MN | 55402 | | 03/11/2021 | General Unsecured | $33,247.20 | $33,247.20 | | | |
| 14 | DE Shipp Belting Co. | Attn: Greg Ogden | PO Box 20035 | | | Waco | TX | 76702-0035 | | 03/16/2021 | General Unsecured | $69,348.70 | $69,348.70 | | | |
| 24 | Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy | Suite 1000 | Dallas | TX | 75207 | | 03/16/2021 | Secured | $0.00 | | Expunged | | |
| 25 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $12,379.13 | $12,379.13 | | | |
| 26 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $14,573.75 | $14,573.75 | | | |
| 27 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $21,202.50 | $21,202.50 | | | |
| 28 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $1,800.00 | $1,800.00 | | | |
| 29 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $15,550.00 | $15,550.00 | | | |
| 30 | Tony Martin | c/o Security Signal Devices Inc. | 1740 N Lemon St | | | Anaheim | CA | 92801 | | 03/16/2021 | General Unsecured | $25,766.27 | $25,766.27 | | | |
| 34 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/18/2021 | General Unsecured | $766,426.80 | $766,426.80 | | | |
| 36 | Power Brokers LLC | Attn: Steve Hardy | 12700 Park Central Dr | Suite 1450 | | Dallas | TX | 75251 | | 03/18/2021 | General Unsecured | $26,000.00 | $26,000.00 | | | |
| 38 | Manbro | Attn: Roger Manila | 3724 Topping St | | | Houston | TX | 77093 | | 03/18/2021 | General Unsecured | $46,642.60 | $46,642.60 | | | |
| 40 | Boggs Electric Company Inc. | Attn: Michael Boggs | 5303 Buford Jett Ln | | | Balch Springs | TX | 75180 | | 03/19/2021 | General Unsecured | $2,799.64 | $2,799.64 | | | |
| 43 | UE Systems Inc. | Attn: Accounts Receivable | 14 Hayes St | | | Elmsford | NY | 10523 | | 03/22/2021 | General Unsecured | $25,954.02 | $25,954.02 | | | |
| 44 | MODE Transportation LLC | Attn: Richard Rossi | 6077 Primacy Pkwy | Suite 400 | | Memphis | TN | 38119 | | 03/22/2021 | General Unsecured | $7,035.70 | $7,035.70 | | | |
| 46 | CAP Logistics | Attn: David Dendinger | 4120 Jackson St | | | Denver | CO | 80216 | | 03/23/2021 | General Unsecured | $14,199.98 | $14,199.98 | | | |
| 47 | CAP Worldwide Inc. | Attn: David Dendinger | 4140 Jackson St | | | Denver | CO | 80216 | | 03/23/2021 | General Unsecured | $5,469.29 | $5,469.29 | | | |
| 49 | Bradford Capital Holdings LP | Attn: Brian L. Brager | PO Box 4353 | | | Clifton | NJ | 07012 | | 03/23/2021 | General Unsecured | $4,476.05 | $4,476.05 | | | |
| 52 | Averitt Express | | PO Box 3166 | | | Cookeville | TN | 38502 | | 03/19/2021 | General Unsecured | $34,735.00 | $34,735.00 | | | |
| 54 | Quill | c/o Staples Business Advantage | Attn: Tom Riggleman | 7 Technology Circle | | Columbia | SC | 29203 | | 03/22/2021 | General Unsecured | $1,145.93 | $1,145.93 | | | |
| 57 | GLT Transportation Group LLC | Attn: David W. Smith, ESQ | 249 Catalonia Ave | | | Coral Gables | FL | 33134 | | 03/23/2021 | Administrative Priority | $41,600.00 | | | | $41,600.00 |
| 59 | American Starlinger-Sahm Inc. | c/o Haynsworth Sinkler Boyd PA | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | Columbia | SC | 29211 | | 03/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 63 | Catalyst Finance LP | c/o Andrews Myers PC | Attn: T. Josh Judd | 1885 Saint James Place | 15th Floor | Houston | TX | 77056 | | 03/24/2021 | Secured | $0.00 | | 53580.01 Plus Int. | | |
| 64 | Trans-Environmental Services Inc. | Attn: Megan Miller | PO Box 1607 | | | Colton | CA | 92324 | | 03/24/2021 | General Unsecured | $7,277.98 | $7,277.98 | | | |
| 68 | APH Textie Supplies LLC | Attn: Tony Atkins | PO Box 1055 | | | Madisonville | TN | 37354 | | 03/25/2021 | General Unsecured | $24,336.00 | $24,336.00 | | | |
| 69 | System Packaging Co. | | 5690 Rickenbacker Rd | | | Bell | CA | 90201 | | 03/25/2021 | General Unsecured | $407.34 | $407.34 | | | |
| 72 | Accurate Solutions Scale Co | Attn: Robert Martinez Jr | PO Box 543231 | | | Grand Prairie | TX | 75052 | | 03/25/2021 | General Unsecured | $2,750.00 | $2,750.00 | | | |
| 82 | Gulf Relay Logistics LLC | Attn: Angie Windham | 1021 Clinton Industrial Park Rd | | | Clinton | MS | 39056 | | 03/26/2021 | General Unsecured | $106,525.00 | $106,525.00 | | | |
| 87 | Dorstener Wire Tech Inc. | | 19994 Hickory Twig Way | | | Spring | TX | 77388 | | 03/30/2021 | General Unsecured | $16,239.45 | $16,239.45 | | | |
| 90 | Plastic Technologies Inc. | Attn: Danielle Tschappat | 1440 Timberwolf Dr | | | Holland | OH | 43528 | | 03/29/2021 | General Unsecured | $2,973.00 | $2,973.00 | | | |
| 93 | Scrap Management Inc. | Attn: Igor Beylin | 10612-D Providence Rd | Suite 750 | | Charlotte | NC | 28277 | | 03/30/2021 | General Unsecured | $21,596.30 | $21,596.30 | | | |
| 98 | Authentic Logistics LLC | | 808 Greenwood St | | | Evanston | IL | 60201 | | 03/31/2021 | General Unsecured | $67,515.00 | $67,515.00 | | | |
| 101 | Mission Economic Development Corporation | Attn: Daniel Silva | 801 N Bryan Rd | | | Mission | TX | 78572 | | 03/30/2021 | Secured | $0.00 | | Expunged | | |
| 102 | Mission Economic Development Corporation | Attn: Daniel Silva | 801 N Bryan Rd | | | Mission | TX | 78572 | | 03/31/2021 | Secured | $25,000.00 | | $25,000.00 | | |
| 109 | Uline | Attn: Nancy L Halcom | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 03/30/2021 | General Unsecured | $6,008.01 | $6,008.01 | | | |
| 110 | Wells Fargo Bank, N.A. | c/o Wells Fargo Equipment Finance, MSG | Attn: La Neice Scott | 800 Walnut St | MAC F0005-055 | Des Moines | IA | 50309 | | 04/01/2021 | General Unsecured | $0.00 | Expunged | | | |
| 122 | GEA Mechanical Equipment US Inc. | | 100 Fairway Ct | | | Northvale | NJ | 07647 | | 04/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 123 | Tax Advisors Group LLC | Attn: Troy Fields | 12400 Coit Rd | Suite 960 | | Dallas | TX | 75251 | | 04/06/2021 | General Unsecured | $45,961.00 | $45,961.00 | | | |
| 127 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/07/2021 | General Unsecured | $495.00 | $495.00 | | | |
| 129 | Industrial Tire DFW LLC | | 936 Allen St | | | Irving | TX | 75060 | | 04/07/2021 | General Unsecured | $1,203.74 | $1,203.74 | | | |
| 131 | WM Recycle America | Attn: Jacquolyn Mills | 800 Capitol St | Suite 3000 | | Houston | TX | 77002 | | 04/07/2021 | General Unsecured | $365,658.45 | $365,658.45 | | | |
| 140 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | | 04/12/2021 | General Unsecured Secured Administrative Priority | $5,395,855.55 | $5,062,433.55 | Unknown | | $333,422.00 |
| 144 | Mission Economic Development Corporation | Attn: Daniel Silva | 801 N Bryan Rd | | | Mission | TX | 78572 | | 04/13/2021 | Secured | $25,000.00 | | $25,000.00 | | |
| 145 | Green Stuff Absorbent | Attn: Dennis Tewell | 1732 Minters Chapel Rd | Suite 102 | | Grapevine | TX | 76051 | | 04/13/2021 | General Unsecured | $2,153.32 | $2,153.32 | | | |
| 151 | Sarg Recycling Inc. | | PO Box 1944 | | | Jupiter | FL | 33468 | | 04/15/2021 | General Unsecured | $3,964.20 | $3,964.20 | | | |
| 155 | All Size Supply Company LLC | Attn: Bradley Clark | 904 Fountain Pkwy | | | Grand Prairie | TX | 75050 | | 04/16/2021 | General Unsecured | $21,173.44 | $21,173.44 | | | |
| 158 | W.W. Grainger Inc. | | 401 S Wright Rd | W4W.R47 | | Janesville | WI | 53546 | | 04/16/2021 | General Unsecured | $4,972.20 | $4,972.20 | | | |
| 165 | Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 04/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 166 | American Starlinger-Sham Inc. | c/o Haynsworth Sinkler Boyd PA | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 04/19/2021 | General Unsecured | $233,003.65 | $233,003.65 | | | |
| 172 | Business Interiors | Attn: Lance McDonald | 1111 Valley View Ln | | | Irving | TX | 75061 | | 04/20/2021 | General Unsecured | $697.67 | $697.67 | | | |
| 173 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 04/20/2021 | General Unsecured | $3,853.98 | $3,853.98 | | | |
| 176 | Casella Waste Systems Inc. | | 25 Greens Hill Ln | | | Rutland | VT | 05701 | | 04/12/2021 | General Unsecured | $59,365.80 | $59,365.80 | | | |
| 178 | H&B Industries Inc. | | 9758 Abernathy Ave | | | Dallas | TX | 75220 | | 04/19/2021 | General Unsecured | $9,075.00 | $9,075.00 | | | |
| 184 | Texas Mutual Insurance Company | Office of the General Counsel | 2200 Aldrich St | | | Austin | TX | 78723 | | 04/21/2021 | General Unsecured | $36,423.00 | $36,423.00 | | | |
| 188 | Melton Logistics LLC | | 808 N 161st E Ave | Suite 100 | | Tulsa | OK | 74116 | | 04/21/2021 | General Unsecured | $24,455.00 | $24,455.00 | | | |
| 195 | M&L Plastics Inc. | c/o Troy Gould PC | Attn: Christopher A. Lilly | 1801 Century Park E | Suite 1600 | Los Angeles | CA | 90067 | | 04/22/2021 | General Unsecured | $110,375.00 | $110,375.00 | | | |
| 196 | Sunteck Transport Co LLC | Attn: Desmond Dunbar | 4500 Salisbury Rd | Suite 305 | | Jacksonville | FL | 32216 | | 04/19/2021 | General Unsecured | $7,615.09 | $7,615.09 | | | |
| 202 | Oberlin Filter Company | | 827 Silvernail Rd | | | Pewaukee | WI | 53072 | | 04/23/2021 | General Unsecured | $13,117.00 | $13,117.00 | | | |
| 207 | National Safety Compliance | | 1867 E Florida St | | | Springfield | MO | 65803-4552 | | 04/23/2021 | General Unsecured | $1,289.00 | $1,289.00 | | | |
| 210 | Protect It First Aid & Safety LLC | | 311 University Dr | Suite 301 | | Fort Worth | TX | 76107 | | 04/23/2021 | General Unsecured | $2,598.91 | $2,598.91 | | | |
| 222 | Hub Group Inc. | Attn: William Kucan | 2000 Clearwater Dr | | | Oak Brook | IL | 60523 | | 04/27/2021 | General Unsecured | $45,737.17 | $45,737.17 | | | |
| 223 | Dial Lubricants Inc. | | PO Box 630307 | | | Irving | TX | 75063 | | 04/27/2021 | General Unsecured | $7,347.54 | $7,347.54 | | | |
| 224 | Dallas Knife Works | Attn: Russell Burns | 2640 Northaven | Suite 104 | | Dallas | TX | 75229 | | 04/27/2021 | General Unsecured | $6,083.00 | $6,083.00 | | | |
| 225 | Euler Hermes agent for BINDER INC. 2102190067 | c/o Euler Hermes, N.A. | Attn: Halima Qayoom | 800 Red Brook Blvd | 400 C | Owings Mills | MD | 21117 | | 04/28/2021 | General Unsecured | $1,900.16 | $1,900.16 | | | |
| 232 | MSC Industrial Supply Company | | 75 Maxess Rd | | | Melville | NY | 11747 | | 04/23/2021 | General Unsecured | $2,377.96 | $2,377.96 | | | |
| 233 | Purvis Bearing LTD | | PO Box 540757 | | | Dallas | TX | 75354 | | 04/26/2021 | General Unsecured | $7,388.58 | $7,388.58 | | | |
| 234 | Euler Hermes N.A as Agent for TRINITY LOGISTICS, INC (431163) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/30/2021 | General Unsecured | $52,933.00 | $52,933.00 | | | |
| 235 | Advanced Temporaries Inc. | | PO Box 8022 | | | Tyler | TX | 75711-8022 | | 04/30/2021 | General Unsecured | $35,178.69 | $35,178.69 | | | |
| 243 | Rubio, Francisco | | Address Redacted | | | | | | | 05/03/2021 | General Unsecured | $1,478.08 | $1,478.08 | | | |
| 248 | Crown Equipment Corporation | Attn: Robert Hanseman, Attorney & Agent | 40 N Main St | Suite 1900 | | Dayton | OH | 45423 | | 05/04/2021 | General Unsecured Secured | $116,438.86 | $60,938.86 | $55,500.00 | | |
| 251 | Miura America Co. Ltd | Attn: Christina McKenna | 2200 Steven B. Smith Blvd | | | Rockmart | GA | 30153 | | 05/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 252 | Constellation NewEnergy | dba Gas Division LLC | Strategic Credit Solutions | 1310 Point St | 12th Floor | Baltimore | MD | 21231 | | 05/05/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 253 | Power Transmission Specialties | Attn: Chris Toothman | 8803 Sorenson Ave | | | Santa Fe Springs | CA | 90670 | | 05/05/2021 | General Unsecured | $27,903.17 | $27,903.17 | | | |
| 254 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/06/2021 | General Unsecured | $118,102.89 | $118,102.89 | | | |
| 255 | Starlinger + CO. Gesellschaft m.b.H. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 05/06/2021 | Secured | $0.00 | | Expunged | | |
| 258 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/06/2021 | General Unsecured | $87,627.73 | $87,627.73 | | | |
| 259 | GP Harmon Recycling LLC | Attn: Robia Wilson | 133 Peachtree St | | | Atlanta | GA | 30303 | | 05/06/2021 | General Unsecured | $1,188,214.79 | $1,188,214.79 | | | |



Claims Register as of 10/4/2021
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 268 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | Secured | $0.00 | | Expunged | | |
| 269 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | Secured | $0.00 | | Expunged | | |
| 270 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | Secured | $0.00 | | Expunged | | |
| 271 | National Recovery Technologies LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | General Unsecured | $3,942.81 | $3,942.81 | | | |
| 272 | National Recovery Technologies LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | General Unsecured | $91,938.50 | $91,938.50 | | | |
| 276 | Evoqua Water Technologies LLC | | 10 Technology Dr | | | Lowell | MA | 01851 | | 05/10/2021 | General Unsecured | $689.48 | $689.48 | | | |
| 279 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/11/2021 | General Unsecured | $86,129.75 | $86,129.75 | | | |
| 285 | Cellco Partnership d/b/a Verizon Wireless | Attn: William M Vermette | 22001 Loudoun County Pkwy | | | Ashburn | VA | 20147 | | 05/12/2021 | General Unsecured | $5,989.98 | $5,989.98 | | | |
| 296 | Blue Ridge Bank, N.A. | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | 901 E Byrd St | Suite 1000 | Richmond | VA | 23219 | | 05/14/2021 | General Unsecured | $1,588,730.00 | $1,588,730.00 | | | |
| 300 | Dixie Plastics Inc. | c/o Kelly Hart & Hallman LLP | Attn: Katherine T. Hopkins & Joseph D. Austin | 201 Main St | Suite 2500 | Fort Worth | TX | 76102 | | 05/14/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 301 | Shoppas Material Handling Ltd | | 15217 Grand River Rd | | | Fort Worth | TX | 76155 | | 05/14/2021 | General Unsecured | $165,348.28 | $165,348.28 | | | |
| 305 | Replenysh Inc. | | PO Box 515381 | PMB 83530 | | Los Angeles | CA | 90051-6681 | | 05/17/2021 | General Unsecured | $902,763.60 | $902,763.60 | | | |
| 317 | Bantam Materials International | Attn: Carolina Velarde | 4211 Sainte Catherine St W | Suite 201 | | Westmount | QC | H3Z1P6 | Canada | 05/18/2021 | General Unsecured | $425,211.92 | $425,211.92 | | | |
| 322 | Airgas USA LLC | Attn: Rikki Dixon | 110 W 7th St | Suite 1300 | | Tulsa | OK | 74119 | | 05/18/2021 | General Unsecured Administrative Priority | $11,463.14 | $9,188.75 | | | $2,274.39 |
| 329 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 343 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 346 | Eisenbeiss Inc | | 8440 Rovana Circle | Suite 100 | | Sacramento | CA | 95828 | | 05/19/2021 | General Unsecured | $22,765.00 | $22,765.00 | | | |
| 352 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | Secured | $0.00 | | Expunged | | |
| 359 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/19/2021 | General Unsecured | $358,124.26 | $358,124.26 | | | |
| 366 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 371 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 05/20/2021 | General Unsecured | $0.00 | at least 17883115.20 | | | |
| 372 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/20/2021 | General Unsecured | $74,608.64 | $74,608.64 | | | |
| 374 | Custom Polymers Inc. | Attn: Davit A. Stern | 831 E Morehead St | Suite 840 | | Charlotte | NC | 28202 | | 05/20/2021 | General Unsecured | $0.00 | $0.00 | | | |
| 375 | XPO Logistics LLC | c/o Fisher Broyles LLP | Attn: Deborah L. Fletcher, Partner | 338 Sharon Amity Rd | Suite 518 | Charlotte | NC | 28211 | | 05/20/2021 | General Unsecured | $22,742.96 | $22,742.96 | | | |
| 378 | Luckey Logistics LLC | c/o James Kelly Law Firm | Attn: James M Kelly | 7817 North Knoxville | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 380 | Luckey Transfer LLC | c/o James Kelly Law Firm | Attn: James M Kelly | 7817 North Knoxville | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $213,209.56 | $213,209.56 | | | |
| 391 | Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 | | 05/21/2021 | General Unsecured | $67,590.26 | $67,590.26 | | | |
| 400 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 405 | De Lage Landen Financial Services Inc. | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 | | 05/24/2021 | General Unsecured | $0.00 | Expunged | | | |
| 409 | Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy | Suite 1000 | Dallas | TX | 75207 | | 06/02/2021 | Secured | $0.00 | | Withdrawn | | |
| 422 | Badlands Logistics LLC | | 12110 Port Grace Blvd | Suite 201 | | La Vista | NE | 68128-3190 | | 06/16/2021 | General Unsecured | $2,600.00 | $2,600.00 | | | |
| 426 | Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | 11150 W Olympic Blvd | Suite 1120 | Los Angeles | CA | 90064 | | 06/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 439 | Bruno Folcieri Srl | Attn: Esmeralda Zoppi | Via Sopracomune 1 | | | Volongo | CR | 26030 | Italy | 06/29/2021 | General Unsecured | $844,679.00 | $844,679.00 | | | |
| 442 | Toyota Industries Commercial Finance Inc. | | PO Box 660926 | | | Dallas | TX | 75266-0926 | | 06/29/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 445 | Manouchehr Farahnik | | Address Redacted | | | | | | | 06/30/2021 | Priority | $13,650.00 | | | $13,650.00 | |
| 451 | Purvis Bearing LTD | | PO Box 540757 | | | Dallas | TX | 75354 | | 07/06/2021 | Administrative Priority | $7,388.58 | | | | $7,388.58 |
| 452 | TD Metal Fabricators | | PO Box 181630 | | | Dallas | TX | 75218 | | 07/06/2021 | Administrative Priority | $2,162.00 | | | | $2,162.00 |
| 463 | Chesapeake Material Services LLC | Attn: Mark I. Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 07/14/2021 | General Unsecured | $13,596.10 | $13,596.10 | | | |
| 469 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 07/19/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 475 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 477 | Golden Bear Recycling LLC | | 2817 Marker Rd | | | Middletown | MD | 21769 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 487 | Shermco Industries Inc. | Attn: Kim Gawronski, Legal | 2425 E Pioneer Dr | | | Irving | TX | 75061 | | 07/29/2021 | General Unsecured | $339,656.78 | $339,656.78 | | | |
| 489 | Franchise Tax Board | Attn: Bankruptcy Section | PO Box 2952 | MS A340 | | Sacramento | CA | 95812-2952 | | 08/03/2021 | General Unsecured Priority | $4,483.35 | $1,081.39 | | $3,401.96 | |
| 494 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 08/09/2021 | General Unsecured | $364,740.41 | $364,740.41 | | | |
| 496 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 08/10/2021 | General Unsecured | $26,228,755.00 | $26,228,755.00 | | | |
| 498 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 08/11/2021 | General Unsecured | $59,589.05 | $59,589.05 | | | |
| 502 | MODE Transportation LLC | Attn: Richard Rossi | 6077 Primacy Pkwy | Suite 400 | | Memphis | TN | 38119 | | 08/24/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 505 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |



**Claims Register as of 10/4/2021**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | Accurate Solutions Scale Co | Attn: Robert Martinez Jr | PO Box 543231 | | | Grand Prairie | TX | 75054 | | 03/25/2021 | General Unsecured | $2,750.00 | $2,750.00 | | | |
| 235 | Advanced Temporaries Inc. | | PO Box 8022 | | | Tyler | TX | 75711-8022 | | 04/30/2021 | General Unsecured | $35,178.69 | $35,178.69 | | | |
| 322 | Airgas USA LLC | Attn: Rikki Dixon | 110 W 7th St | Suite 1300 | | Tulsa | OK | 74119 | | 05/18/2021 | General Unsecured Administrative Priority | $11,463.14 | $9,188.75 | | | $2,274.39 |
| 25 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $12,379.13 | $12,379.13 | | | |
| 26 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $14,573.75 | $14,573.75 | | | |
| 27 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $21,202.50 | $21,202.50 | | | |
| 28 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $1,800.00 | $1,800.00 | | | |
| 29 | Alexander Winton & Associates | Attn: Justin Brown | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 03/16/2021 | General Unsecured | $15,550.00 | $15,550.00 | | | |
| 155 | All Size Supply Company LLC | Attn: Bradley Clark | 904 Fountain Pkwy | | | Grand Prairie | TX | 75050 | | 04/16/2021 | General Unsecured | $21,173.44 | $21,173.44 | | | |
| 59 | American Starlinger-Sahm Inc. | c/o Haynsworth Sinkler Boyd PA | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | Columbia | SC | 29211 | | 03/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 166 | American Starlinger-Sham Inc. | c/o Haynsworth Sinkler Boyd PA | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 04/19/2021 | General Unsecured | $233,003.65 | $233,003.65 | | | |
| 68 | APH Textie Supplies LLC | Attn: Tony Atkins | PO Box 1055 | | | Madisonville | TN | 37354 | | 03/25/2021 | General Unsecured | $24,336.00 | $24,336.00 | | | |
| 98 | Authentic Logistics LLC | | 808 Greenwood St | | | Evanston | IL | 60201 | | 03/31/2021 | General Unsecured | $67,515.00 | $67,515.00 | | | |
| 52 | Averitt Express | | PO Box 3166 | | | Cookeville | TN | 38502 | | 03/18/2021 | General Unsecured | $34,735.00 | $34,735.00 | | | |
| 422 | Badlands Logistics LLC | | 12110 Port Grace Blvd | Suite 201 | | La Vista | NE | 68128-3190 | | 06/16/2021 | General Unsecured | $2,600.00 | $2,600.00 | | | |
| 366 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 317 | Bantam Materials International | | 4211 Sainte Catherine St W | Suite 201 | | Westmount | QC | H3Z1P6 | Canada | 05/18/2021 | General Unsecured | $425,211.92 | $425,211.92 | | | |
| 34 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/18/2021 | General Unsecured | $766,426.80 | $766,426.80 | | | |
| 296 | Blue Ridge Bank, N.A. | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | 901 E Byrd St | Suite 1000 | Richmond | VA | 23219 | | 05/14/2021 | General Unsecured | $1,588,730.00 | $1,588,730.00 | | | |
| 371 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 05/20/2021 | General Unsecured | $0.00 | at least 17883115.20 | | | |
| 496 | BlueTriton Brands, Inc. f/k/a Nestle Waters North America, Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kay Standridge Kress, Esq. | 4000 Town Center | Suite 1800 | Southfield | MI | 48038 | | 08/10/2021 | General Unsecured | $26,228,755.00 | $26,228,755.00 | | | |
| 40 | Boggs Electric Company Inc. | Attn: Michael Boggs | 5303 Buford Jett Ln | | | Balch Springs | TX | 75180 | | 03/19/2021 | General Unsecured | $2,799.64 | $2,799.64 | | | |
| 49 | Bradford Capital Holdings LP | Attn: Brian L. Brager | PO Box 4353 | | | Clifton | NJ | 07012 | | 03/23/2021 | General Unsecured | $4,476.05 | $4,476.05 | | | |
| 439 | Bruno Folcieri Srl | Attn: Esmeralda Zoppi | Via Sopracomune 1 | | | Volongo | CR | 26030 | Italy | 06/29/2021 | General Unsecured | $844,679.00 | $844,679.00 | | | |
| 172 | Business Interiors | Attn: Lance McDonald | 1111 Valley View Ln | | | Irving | TX | 75061 | | 04/20/2021 | General Unsecured | $697.67 | $697.67 | | | |
| 46 | CAP Logistics | Attn: David Dendinger | 4120 Jackson St | | | Denver | CO | 80216 | | 03/23/2021 | General Unsecured | $14,199.98 | $14,199.98 | | | |
| 47 | CAP Worldwide Inc. | Attn: David Dendinger | 4140 Jackson St | | | Denver | CO | 80216 | | 03/23/2021 | General Unsecured | $5,469.29 | $5,469.29 | | | |
| 176 | Casella Waste Systems Inc. | | 25 Greens Hill Ln | | | Rutland | VT | 05701 | | 04/12/2021 | General Unsecured | $59,365.80 | $59,365.80 | | | |
| 63 | Catalyst Finance LP | c/o Andrews Myers PC | Attn: T. Josh Judd | 1885 Saint James Place | 15th Floor | Houston | TX | 77056 | | 03/24/2021 | Secured | $0.00 | | 53580.01 Plus Int. | | |
| 285 | Cellco Partnership d/b/a Verizon Wireless | Attn: William M Vermette | 22001 Loudoun County Pkwy | | | Ashburn | VA | 20147 | | 05/12/2021 | General Unsecured | $5,989.98 | $5,989.98 | | | |
| 463 | Chesapeake Material Services LLC | Attn: Mark I. Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 07/14/2021 | General Unsecured | $13,596.10 | $13,596.10 | | | |
| 252 | Constellation NewEnergy | dba Gas Division LLC | Strategic Credit Solutions | 1310 Point St | 12th Floor | Baltimore | MD | 21231 | | 05/05/2021 | General Unsecured Administrative Priority | $0.00 | Expunged | | | Expunged |
| 248 | Crown Equipment Corporation | Attn: Robert Hanseman, Attorney & Agent | 40 N Main St | Suite 1900 | | Dayton | OH | 45423 | | 05/04/2021 | General Unsecured Secured | $116,438.86 | $60,938.86 | $55,500.00 | | |
| 374 | Custom Polymers Inc. | Attn: Davit A. Stern | 831 E Morehead St | Suite 840 | | Charlotte | NC | 28202 | | 05/20/2021 | General Unsecured | $0.00 | $0.00 | | | |
| 24 | Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy | Suite 1000 | Dallas | TX | 75207 | | 03/16/2021 | Secured | $0.00 | | Expunged | | |
| 409 | Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy | Suite 1000 | Dallas | TX | 75207 | | 06/02/2021 | Secured | $0.00 | | Withdrawn | | |
| 224 | Dallas Knife Works | Attn: Russell Burns | 2640 Northaven | Suite 104 | | Dallas | TX | 75229 | | 04/27/2021 | General Unsecured | $6,083.00 | $6,083.00 | | | |
| 405 | De Lage Landen Financial Services Inc. | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 | | 05/24/2021 | General Unsecured | $0.00 | $0.00 | | | |
| 14 | DE Shipp Belting Co. | Attn: Greg Ogden | PO Box 20035 | | | Waco | TX | 76702-0035 | | 03/16/2021 | General Unsecured | $69,348.70 | $69,348.70 | | | |
| 223 | Dial Lubricants Inc. | | PO Box 630307 | | | Irving | TX | 75063 | | 04/27/2021 | General Unsecured | $7,347.54 | $7,347.54 | | | |
| 300 | Dixie Plastics Inc. | c/o Kelly Hart & Hallman LLP | Attn: Katherine T. Hopkins & Joseph D. Austin | 201 Main St | Suite 2500 | Fort Worth | TX | 76102 | | 05/14/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 87 | Dorstener Wire Tech Inc. | | 19994 Hickory Twig Way | | | Spring | TX | 77388 | | 03/30/2021 | General Unsecured | $16,239.45 | $16,239.45 | | | |
| 346 | Eisenbeiss Inc | | 8440 Rovana Circle | Suite 100 | | Sacramento | CA | 95828 | | 05/19/2021 | General Unsecured | $22,765.00 | $22,765.00 | | | |
| 268 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | Secured | $0.00 | | Expunged | | |
| 269 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | Secured | $0.00 | | Expunged | | |
| 270 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | Secured | $0.00 | | Expunged | | |
| 372 | Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/20/2021 | General Unsecured | $74,608.64 | $74,608.64 | | | |
| 225 | Euler Hermes agent for BINDER INC. 2102190067 | c/o Euler Hermes, N.A. | Attn: Halima Qayoom | 800 Red Brook Blvd | 400 C | Owings Mills | MD | 21117 | | 04/28/2021 | General Unsecured | $1,900.16 | $1,900.16 | | | |
| 234 | Euler Hermes N.A as Agent for TRINITY LOGISTICS, INC (431163) | | 800 Red Brook Blvd | Suite 400C | | Owings Mills | MD | 21117 | | 04/30/2021 | General Unsecured | $52,933.00 | $52,933.00 | | | |
| 6 | Eureka Recycling | c/o Maslon LLP | Attn: Amy Swedberg | 90 S 7th St | Suite 3300 | Minneapolis | MN | 55402 | | 03/11/2021 | General Unsecured | $33,247.20 | $33,247.20 | | | |
| 276 | Evoqua Water Technologies LLC | | 10 Technology Dr | | | Lowell | MA | 01851 | | 05/10/2021 | General Unsecured | $689.48 | $689.48 | | | |
| 343 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 489 | Franchise Tax Board | Attn: Bankruptcy Section | PO Box 2952 | MS A340 | | Sacramento | CA | 95812-2952 | | 08/03/2021 | General Unsecured Priority | $4,483.35 | $1,081.39 | | $3,401.96 | |
| 122 | GEA Mechanical Equipment US Inc. | | 100 Fairway Ct | | | Northvale | NJ | 07647 | | 04/06/2021 | General Unsecured | $0.00 | Expunged | | | |
| 57 | GLT Transportation Group LLC | Attn: David W. Smith, ESQ | 249 Catalonia Ave | | | Coral Gables | FL | 33134 | | 03/23/2021 | Administrative Priority | $41,600.00 | | | | $41,600.00 |
| 477 | Golden Bear Recycling LLC | | 2817 Marker Rd | | | Middletown | MD | 21769 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 259 | GP Harmon Recycling LLC | Attn: Robia Wilson | 133 Peachtree St | | | Atlanta | GA | 30303 | | 05/06/2021 | General Unsecured | $1,188,214.79 | $1,188,214.79 | | | |
| 145 | Green Stuff Absorbent | Attn: Dennis Tewell | 1732 Minters Chapel Rd | Suite 102 | | Grapevine | TX | 76051 | | 04/13/2021 | General Unsecured | $2,153.32 | $2,153.32 | | | |
| 82 | Gulf Relay Logistics LLC | Attn: Angie Windham | 1021 Clinton Industrial Park Rd | | | Clinton | MS | 39056 | | 03/26/2021 | General Unsecured | $106,525.00 | $106,525.00 | | | |
| 178 | H&B Industries Inc. | | 9758 Abernathy Ave | | | Dallas | TX | 75220 | | 04/19/2021 | General Unsecured | $9,075.00 | $9,075.00 | | | |
| 127 | Hoover Transit Inc. | c/o Alexander Winton & Associates | 6515 Goodman Rd | Suite 4 | | Olive Branch | MS | 38654 | | 04/07/2021 | General Unsecured | $495.00 | $495.00 | | | |
| 222 | Hub Group Inc. | Attn: William Kucan | 2000 Clearwater Dr | | | Oak Brook | IL | 60523 | | 04/27/2021 | General Unsecured | $45,737.17 | $45,737.17 | | | |
| 129 | Industrial Tire DFW LLC | | 936 Allen St | | | Irving | TX | 75060 | | 04/07/2021 | General Unsecured | $1,203.74 | $1,203.74 | | | |
| 426 | Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | 11150 W Olympic Blvd | Suite 1120 | Los Angeles | CA | 90064 | | 06/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 378 | Luckey Logistics LLC | c/o James Kelly Law Firm | Attn: James M Kelly | 7817 North Knoxville | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 380 | Luckey Transfer LLC | c/o James Kelly Law Firm | Attn: James M Kelly | 7817 North Knoxville | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $213,209.56 | $213,209.56 | | | |
| 195 | M&L Plastics Inc. | c/o Troy Gould PC | Attn: Christopher A. Lilly | 1801 Century Park E | Suite 1600 | Los Angeles | CA | 90067 | | 04/22/2021 | General Unsecured | $110,375.00 | $110,375.00 | | | |
| 38 | Manbro | Attn: Roger Manila | 3724 Topping St | | | Houston | TX | 77093 | | 03/18/2021 | General Unsecured | $46,642.60 | $46,642.60 | | | |
| 445 | Manouchehr Farahnik | | Address Redacted | | | | | | | 06/30/2021 | Priority | $13,650.00 | | | $13,650.00 | |
| 188 | Melton Logistics LLC | | 808 N 161st E Ave | Suite 100 | | Tulsa | OK | 74116 | | 04/21/2021 | General Unsecured | $24,455.00 | $24,455.00 | | | |
| 279 | Miles Chemical Company Inc. | Attn: Tammy Simpers | 12801 Rangoon St | | | Arleta | CA | 91331 | | 05/11/2021 | General Unsecured | $86,129.75 | $86,129.75 | | | |
| 101 | Mission Economic Development Corporation | Attn: Daniel Silva | 801 N Bryan Rd | | | Mission | TX | 78572 | | 03/30/2021 | Secured | $0.00 | | Expunged | | |



## Claims Register as of 10/4/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | Mission Economic Development Corporation | Attn: Daniel Silva | 801 N Bryan Rd | | | Mission | TX | 78572 | | 03/31/2021 | Secured | $25,000.00 | | $25,000.00 | | |
| 144 | Mission Economic Development Corporation | Attn: Daniel Silva | 801 N Bryan Rd | | | Mission | TX | 78572 | | 04/13/2021 | Secured | $25,000.00 | | $25,000.00 | | |
| 251 | Miura America Co. Ltd | Attn: Christina McKenna | 2200 Steven B. Smith Blvd | | | Rockmart | GA | 30153 | | 05/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 44 | MODE Transportation LLC | Attn: Richard Rossi | 6077 Primacy Pkwy | Suite 400 | | Memphis | TN | 38119 | | 03/22/2021 | General Unsecured | $7,035.70 | $7,035.70 | | | |
| 502 | MODE Transportation LLC | Attn: Richard Rossi | 6077 Primacy Pkwy | Suite 400 | | Memphis | TN | 38119 | | 08/24/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 329 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 232 | MSC Industrial Supply Company | | 75 Maxess Rd | | | Melville | NY | 11747 | | 04/23/2021 | General Unsecured | $2,377.96 | $2,377.96 | | | |
| 271 | National Recovery Technologies LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | General Unsecured | $3,942.81 | $3,942.81 | | | |
| 272 | National Recovery Technologies LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 | | 05/07/2021 | General Unsecured | $91,938.50 | $91,938.50 | | | |
| 207 | National Safety Compliance | | 1867 E Florida St | | | Springfield | MO | 65803-4552 | | 04/23/2021 | General Unsecured | $1,289.00 | $1,289.00 | | | |
| 140 | Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | | 04/12/2021 | General Unsecured / Secured / Administrative Priority | $5,395,855.55 | $5,062,433.55 | Unknown | | $333,422.00 |
| 202 | Oberlin Filter Company | | 827 Silvernail Rd | | | Pewaukee | WI | 53072 | | 04/23/2021 | General Unsecured | $13,117.00 | $13,117.00 | | | |
| 391 | Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 | | 05/21/2021 | General Unsecured | $67,590.26 | $67,590.26 | | | |
| 90 | Plastic Technologies Inc. | Attn: Danielle Tschappat | 1440 Timberwolf Dr | | | Holland | OH | 43528 | | 03/29/2021 | General Unsecured | $2,973.00 | $2,973.00 | | | |
| 36 | Power Brokers LLC | Attn: Steve Hardy | 12700 Park Central Dr | Suite 1450 | | Dallas | TX | 75251 | | 03/18/2021 | General Unsecured | $26,000.00 | $26,000.00 | | | |
| 253 | Power Transmission Specialties | Attn: Chris Toothman | 8803 Sorenson Ave | | | Santa Fe Springs | CA | 90670 | | 05/05/2021 | General Unsecured | $27,903.17 | $27,903.17 | | | |
| 210 | Protect It First Aid & Safety LLC | | 311 University Dr | Suite 301 | | Fort Worth | TX | 76107 | | 04/23/2021 | General Unsecured | $2,598.91 | $2,598.91 | | | |
| 233 | Purvis Bearing LTD | | PO Box 540757 | | | Dallas | TX | 75354 | | 04/26/2021 | General Unsecured | $7,388.58 | $7,388.58 | | | |
| 451 | Purvis Bearing LTD | | PO Box 540757 | | | Dallas | TX | 75354 | | 07/06/2021 | Administrative Priority | $7,388.58 | | | | $7,388.58 |
| 54 | Quill | c/o Staples Business Advantage | Attn: Tom Riggleman | 7 Technology Circle | | Columbia | SC | 29203 | | 03/22/2021 | General Unsecured | $1,145.93 | $1,145.93 | | | |
| 305 | Replenysh Inc. | | PO Box 515381 | PMB 83530 | | Los Angeles | CA | 90051-6681 | | 05/17/2021 | General Unsecured | $902,763.60 | $902,763.60 | | | |
| 173 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 04/20/2021 | General Unsecured | $3,853.98 | $3,853.98 | | | |
| 469 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 07/19/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 475 | Rolf Koerner LLC | Attn: Phil Lail | 514 Springbrook Rd | | | Charlotte | NC | 28217 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 243 | Rubio, Francisco | | Address Redacted | | | | | | | 05/03/2021 | General Unsecured | $1,478.08 | $1,478.08 | | | |
| 151 | Sarg Recycling Inc. | | PO Box 1944 | | | Jupiter | FL | 33468 | | 04/15/2021 | General Unsecured | $3,964.20 | $3,964.20 | | | |
| 93 | Scrap Management Inc. | Attn: Igor Beylin | 10612-D Providence Rd | Suite 750 | | Charlotte | NC | 28277 | | 03/30/2021 | General Unsecured | $21,596.30 | $21,596.30 | | | |
| 487 | Shermco Industries Inc. | Attn: Kim Gawronski, Legal | 2425 E Pioneer Dr | | | Irving | TX | 75061 | | 07/29/2021 | General Unsecured | $339,656.78 | $339,656.78 | | | |
| 301 | Shoppas Material Handling Ltd | | 15217 Grand River Rd | | | Fort Worth | TX | 76155 | | 05/14/2021 | General Unsecured | $165,348.28 | $165,348.28 | | | |
| 400 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 255 | Starlinger + CO. Gesellschaft m.b.H. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 | | 05/06/2021 | Secured | $0.00 | | Expunged | | |
| 352 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | Secured | $0.00 | | Expunged | | |
| 196 | Sunteck Transport Co LLC | Attn: Desmond Dunbar | 4500 Salisbury Rd | Suite 305 | | Jacksonville | FL | 32216 | | 04/19/2021 | General Unsecured | $7,615.09 | $7,615.09 | | | |
| 69 | System Packaging Co. | | 5690 Rickenbacker Rd | | | Bell | CA | 90201 | | 03/25/2021 | General Unsecured | $407.34 | $407.34 | | | |
| 123 | Tax Advisors Group LLC | Attn: Troy Fields | 12400 Coit Rd | Suite 960 | | Dallas | TX | 75251 | | 04/06/2021 | General Unsecured | $45,961.00 | $45,961.00 | | | |
| 452 | TD Metal Fabricators | | PO Box 181630 | | | Dallas | TX | 75218 | | 07/06/2021 | Administrative Priority | $2,162.00 | | | | $2,162.00 |
| 184 | Texas Mutual Insurance Company | Office of the General Counsel | 2200 Aldrich St | | | Austin | TX | 78723 | | 04/21/2021 | General Unsecured | $36,423.00 | $36,423.00 | | | |
| 30 | Tony Martin | c/o Security Signal Devices Inc. | 1740 N Lemon St | | | Anaheim | CA | 92801 | | 03/16/2021 | General Unsecured | $25,766.27 | $25,766.27 | | | |
| 165 | Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 04/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 442 | Toyota Industries Commercial Finance Inc. | | PO Box 660926 | | | Dallas | TX | 75266-0926 | | 06/29/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 64 | Trans-Environmental Services Inc. | Attn: Megan Miller | PO Box 1607 | | | Colton | CA | 92324 | | 03/24/2021 | General Unsecured | $7,277.98 | $7,277.98 | | | |
| 254 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/06/2021 | General Unsecured | $118,102.89 | $118,102.89 | | | |
| 258 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/06/2021 | General Unsecured | $87,627.73 | $87,627.73 | | | |
| 359 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 05/19/2021 | General Unsecured | $358,124.26 | $358,124.26 | | | |
| 494 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 08/09/2021 | General Unsecured | $364,740.41 | $364,740.41 | | | |
| 498 | TRC Master Fund LLC | Attn: Terrel Ross | 100 Merrick Rd | Suite 308E | | Rockville Centre | NY | 11570 | | 08/11/2021 | General Unsecured | $59,589.05 | $59,589.05 | | | |
| 505 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |
| 43 | UE Systems Inc. | Attn: Accounts Receivable | 14 Hayes St | | | Elmsford | NY | 10523 | | 03/22/2021 | General Unsecured | $25,954.02 | $25,954.02 | | | |
| 109 | Uline | Attn: Nancy L Halcom | 12575 Uline Dr | | | Pleasant Prairie | WI | 53158 | | 03/30/2021 | General Unsecured | $6,008.01 | $6,008.01 | | | |
| 158 | W.W. Grainger Inc. | | 401 S Wright Rd | W4W.R47 | | Janesville | WI | 53546 | | 04/16/2021 | General Unsecured | $4,972.20 | $4,972.20 | | | |
| 110 | Wells Fargo Bank, N.A. | c/o Wells Fargo Equipment Finance, MSG | Attn: La Neice Scott | 800 Walnut St | MAC F0005-055 | Des Moines | IA | 50309 | | 04/01/2021 | General Unsecured | $0.00 | Expunged | | | |
| 131 | WM Recycle America | Attn: Jacquolyn Mills | 800 Capitol St | Suite 3000 | | Houston | TX | 77002 | | 04/07/2021 | General Unsecured | $365,658.45 | $365,658.45 | | | |
| 375 | XPO Logistics LLC | c/o Fisher Broyles LLP | Attn: Deborah L. Fletcher, Partner | 338 Sharon Amity Rd | Suite 518 | Charlotte | NC | 28211 | | 05/20/2021 | General Unsecured | $22,742.96 | $22,742.96 | | | |